IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02078-NYW-SKC

MARTHA ROSALES,

    Plaintiff,

v.

WALMART, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion and Order of United States District Judge Nina Y. Wang entered on November 17, 2022 [Doc. 35], it is

ORDERED that Defendant's Motion to Dismiss with Prejudice [Doc. 11] is GRANTED. It is

FURTHER ORDERED that Plaintiff's sole ADA claim under Count I is DISMISSED with prejudice. It is

FURTHER ORDERED that Defendant's Motion for Summary Judgment [Doc. 22] is DENIED as moot. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Walmart, Inc. and against Plaintiff Martha Rosales. It is

FURTHER ORDERED that Defendant Walmart, Inc. shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 17th day of November, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk